UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| v. | § § | CRIMINAL NO. H-4:18-cr-00307 |
| **RICARDO CRUZ-RIVAS,** | § § § | |
| **Defendant.** | § | |

## ORDER OF CRIMINAL FORFEITURE AT SENTENCING

Following the defendant's conviction and sentencing, the Court finds that the United States has established the requisite nexus between the property and the offense. Accordingly, pursuant to 8 U.S.C. § 1324(b), the following property is *ORDERED FORFEITED* to the United States of America:

a. one 2011 White Ford Explorer, VIN 1FMHK7D86BGA34116, Texas Temporary License Plate Number 14271G4.

Pursuant to Fed. R. Cr. P. 32.2 (b)(3), this order is final as to the defendant, and shall be made part of the defendant's sentence and included in the judgment. Upon adjudication of all third party claims, the Court will enter a final judgment and order of forfeiture pursuant to 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(c)(2).

The Attorney General, or a designee, is authorized to seize the listed property and to conduct such further proceedings as are authorized by law.

Signed at Houston, Texas, on _25 September_, 2018.

THE HONORABLE KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE